■ DONNA CLARKE, Respondent, v 6485 & 6495 BROADWAY APARTMENT, INC., et al., Defendants, and 6485 APARTMENT ASSOCIATES, INC., Appellant. [51 NYS3d 390]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered August 23, 2016, which denied defendant 6485 Apartment Associates, Inc.'s (defendant) motion for summary judgment dismissing the complaint as against it, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment accordingly.

Defendant, the proprietary lessee of the cooperative unit above plaintiff's, established prima facie that it was not liable for the alleged nuisance to plaintiff caused by excessive noise emanating from that unit by demonstrating, through the sublease between itself and its subtenant, that it had relinquished possession and control of the unit (*see Clarke v 6485 & 6495 Broadway Apt. Inc.*, 122 AD3d 494 [1st Dept 2014]; *see also Taggart v Costabile*, 131 AD3d 243, 247 [2d Dept 2015]). In opposition, plaintiff failed to raise an issue of fact. Concur—Friedman, J.P., Sweeny, Moskowitz, Gische and Kapnick, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ODAINE JOHNSON, Appellant. [51 NYS3d 391]—Judgments, Supreme Court, Bronx County (John Moore, J.), rendered May 7, 2015, convicting defendant, upon his pleas of guilty, of attempted criminal possession of a weapon in the second degree and burglary in the third degree, and sentencing him to an aggregate term of seven years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of reducing the prison component of the sentence for the weapon conviction to five years, and otherwise affirmed.

We find that defendant did not make a valid waiver of the right to appeal, and we find the sentence excessive to the extent indicated. Concur—Acosta, J.P., Mazzarelli, Manzanet-Daniels and Webber, JJ.